AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McCurn, Neal P | 2. Court or Organization<br><br>U.S. District Court N.D.N.Y. | 3. Date of Report<br><br>5/5/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P.O. Box 7365<br>100 S. Clinton St.<br>Syracuse, NY 13261 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 12 P 12: 17
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P | 5/5/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | N.Y. State Employees Retirement System | $ 2,704 |
| 2. 11/06/07 | Individual Retirement Rollover Account | $ 17,000 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Catholic Relief Services Annuity $847 |
| 2. 2007 | Catholic Church Ext. Society $722 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P | 5/5/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P | 5/5/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Accts. (Common Stocks & Bonds) UBS listed below: | | | | | | | | | |
| 2. AT&T | B | Dividend | K | T | | | | | |
| 3. EOG Res. Inc. | A | Dividend | K | T | | | | | |
| 4. Hewlett Packard | A | Dividend | K | T | buy | 11/9 | J | | market |
| 5. Bio Tech HLDRS Dep. Repts | | None | K | T | | | | | |
| 6. Amer. Elec. Power Co. | B | Dividend | K | T | | | | | |
| 7. IBM | A | Dividend | K | T | | | | | |
| 8. Intuitive Surgical - Stock | | None | K | T | | | | | |
| 9. Xerox | A | Dividend | K | T | | | | | |
| 10. YUMI Brands | A | Dividend | J | T | | | | | |
| 11. Sun Microsystems, Inc. | | None | J | T | sell | 6/26 | J | A | market |
| 12. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 13. First Busey Corp. | A | Dividend | J | T | | | | | |
| 14. Campbell Strategic Allocation Fund | D | Dividend | M | T | | | | | |
| 15. Kansas City Mun. Bonds | | None | K | T | | | | | |
| 16. Long Island NY Power Auth. | | None | L | T | | | | | |
| 17. So. Carolina St. Pub. Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P | 5/5/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS M2 Fund | A | Dividend | J | T | | | | | |
| 19. Bristol Myers Squibb | A | Dividend | J | T | sell | 6/26 | J | C | market |
| 20. Franklin Temp. Mutual Discovery | B | Dividend | L | T | buy | 3/12 | J | | market |
| 21. Franklin Temp. Mutual Discovery | | None | | | buy | 12/11 | K | | market |
| 22. Franklin N.Y. Tax Free Inc. | D | Dividend | M | T | buy | 8/13 | K | | market |
| 23. Franklin N.Y. Tax Free Inc | | None | | | buy | 12/11 | L | | market |
| 24. Franklin Temp. Rising | B | Dividend | L | T | redemption | 12/11 | L | C | market |
| 25. Verizon Comm. | A | Dividend | K | T | buy | 5/14 | J | | market |
| 26. Heinz H.J. Co. | A | Dividend | J | T | | | | | |
| 27. Agilent Tech. | A | Dividend | J | T | | | | | |
| 28. Stryker Corp. | A | Dividend | K | T | buy | 5/14 | J | | market |
| 29. Microsoft Corp. | A | Dividend | J | T | sell | 5/9 | J | A | market |
| 30. NYS Dorm. Auth. | A | Int./Div. | K | T | buy | 7/6 | K | | market |
| 31. Long Island NY Power Auth. | A | Int./Div. | K | T | | | | | |
| 32. Long Island NY Elec. Auth. | A | Int./Div. | K | T | | | | | |
| 33. Valero Energy | A | Dividend | K | T | | | | | |
| 34. MTA NY Trans. Fac. | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P | 5/5/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Corning | A | Dividend | J | T | buy | 11/9 | J | | market |
| 36.  Corning | A | Dividend | J | T | buy | 3/12 | J | | market |
| 37.  Johnson & Johnson | A | Dividend | K | T | buy | 8/08 | J | | market |
| 38.  NYS Loc. Gov. Serv. B | B | Int./Div. | L | T | | | | | |
| 39.  NYC NY Ser. H | A | Int./Div. | J | T | sell | 8/1 | J | A | market |
| 40.  NYS Loc. Gov. Serv. C | B | Int./Div. | K | T | | | | | |
| 41.  NY Loc. Gov. Assist Corp. | A | Int./Div. | J | T | | | | | |
| 42.  NYS Thruway Auth. | A | Int./Div. | K | T | | | | | |
| 43.  Frontier St. Bk. | A | Int./Div. | J | T | sell | 1/02 | J | A | market |
| 44.  UBS IRA Acct. (Common Stocks & Bonds) listed below: | D | Int./Div. | N | T | | | | | |
| 45.  WYETH | | | | | | | | | |
| 46.  New Econ Fund | | | | | | | | | |
| 47.  Boston Sci. | | | | | | | | | |
| 48.  Halliburton Com | | | | | | | | | |
| 49.  Eli Lilly & Co. | | | | | | | | | |
| 50.  Simon Prop. Group-REIT | | | | | | | | | |
| 51.  UTD DOM Realty REIT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,0C - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P | 5/5/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TINT-TASY 8/15/21 | | | | | buy | 12/11 | K | | market |
| 53. Target | | | | | | | | | |
| 54. Amer. Fds New Econ. | | | | | buy | 4/26 | J | | market |
| 55. GMAC Bond | | | | | redemption | 8/28 | J | | |
| 56. Franklin Temp. Rising Div. | | | | | sell | 12/11 | K | C | market |
| 57. Franklin T. Mutual Disc. | | | | | buy | 12/11 | K | | market |
| 58. FHLMC Stepup Bond | | | | | sell | 12/11 | K | A | market |
| 59. Individual Account held in NPMcCurn name listed as follows: | | | | | | | | | |
| 60. U.S. Savings Bonds | | None | K | T | | | | | |
| 61. Dreyfus Emer. LDR Fund | D | Dividend | K | T | | | | | |
| 62. Dreyfus Midcap Value Fund | D | Dividend | L | T | partial sale | 10/03 | K | A | market exchange |
| 63. Dreyfus Appreciation Fund | B | Dividend | K | T | | | | | |
| 64. Dreyfus Municipal Bond Fund | A | Dividend | J | T | exchange | 12/11 | K | A | market exchange |
| 65. Dreyfus Int. Stock Fund | A | Dividend | K | T | buy | 10/3 | K | | market |
| 66. Syracuse Police Fed. Credit Union CDs & Base Acct. | B | Dividend | K | T | | | | | |
| 67. M&T Bank Syracuse Checking Acct. MetLife Bank & MM | A | Interest | J | T | | | | | |
| 68. MetLife Bank & Money Market Acct. | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P | 5/5/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dryfus NY Tax Ex. Bond Fund | A | Interest | K | T | buy | 12/11 | K | | market exchange |
| 70. Wash. Mut. CD 1/24/08 | A | Interest | J | T | buy | 10/24 | J | | market |
| 71. Indymac Bk. 5.1% 2/7/08 | A | Interest | J | T | buy | 11/9 | J | | market |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000. | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII p.8 # 65  Dreyfus International Stock Fund purchase with proceeds from exchange by partial sale of Dreyfus Mid Cap Value Fund - Part VII, p.8 # 62 and by sale of Dreyfus Municipal Bond Fund Part VII, p.8 # 64.

2. Part VII p.8 # 69  Dreyfus NY Tax Exempt Bond Fund purchased with proceeds from exchange by partial sale and exchange from Dreyfus Fund as reported in (1) above.

3. Part VII p.5 # 22  Franklin NY Tax Free Inc. now includes items 39 & 40 from Part VII p.6 of 2007 report plus additional purchase of that fund as set forth in p.5 # 22 and # 23 of this report.

| Name of Person Reporting | Date of Report |
|---|---|
| McCurn, Neal P | 5/5/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544